# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00183-CR

**Valen Calderon, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY,
### NO. 2024CR0377, THE HONORABLE RANDAL C. GRAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Valen Calderon seeks to appeal a judgment of conviction for the offense of evading arrest. *See* Tex. Penal Code § 38.04. The trial court has certified that (1) this is a plea-bargain case and (2) Calderon has no right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed for Want of Jurisdiction

Filed: March 4, 2026

Do Not Publish